IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEROY FERGUSON, SR.,

     Appellant,

v.

GEO GROUP, INC., ETC. ,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2373

Opinion filed July 28, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Leroy Ferguson, Sr., pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of May 30, 2014, the Court has determined that its jurisdiction was not timely invoked. It appears that appellant's notice of appeal was not filed *with the court* within 30 days of rendition of the order on appeal. Appellant's attempt to file a notice of appeal by serving it on opposing counsel did not invoke the Court's jurisdiction. Fla. R. App. P. 9.110(b). Accordingly, the appeal is dismissed.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.